UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT T. HASSELBACH,**

    **Plaintiff,**

v.                              Case No. 8:08-cv-944-T-30TBM

**SPECIAL ASSET MANAGEMENT, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement (Dkt. #11). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 5, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-944.dismissal 11.wpd